1
2
3
4
5
6                                                                **JS-6**
7
8
9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  ANTHONY BOUYER, an individual, | Case No. 2:20-cv-04593-FMO-JEM |
| 14  Plaintiff, | **ORDER STIPULATION [24] RE: DISMISSAL WITH PREJUDICE** |
| 15 | |
| 16  v. | |
| 17  AU ZONE INVESTMENTS #2, LP, a California limited partnership; and DOES 1-10, inclusive, | |
| 20  Defendants. | |

1
[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Au Zone Investments #2, LP ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:   March 2, 2021                  /s/  Fernando M. Olguin
                                        UNITED STATES DISTRICT JUDGE